IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PATRICIA MITCHELL,<br><br>  Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | CIVIL ACTION NO.: 4:23-cv-68 |

**O R D E R**

Plaintiff initiated this case by filing a Complaint with this Court on March 21, 2023. (Doc. 1.)  The sole Defendant, Experian Information Solutions, Inc., has recently been served, but has not yet filed an answer.  (See doc. 5.)  On April 25, 2023, counsel for Plaintiff filed a Notice of Settlement, advising the Court that the parties have reached an agreement to settle this matter and that they are in the process of preparing and finalizing their settlement documents and expect to file a dismissal after execution of the settlement documents.  (Doc. 6.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within forty-five (45) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the

parties fail to file a dismissal (or, if necessary, move to reopen the case) within forty-five (45) days, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED** this 2nd day of May, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA